UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEWEENAW BAY INDIAN COMMUNITY, )
                       Plaintiff, )
                                          )    No. 2:16-cv-121
-v-                                       )
                                          )    Honorable Paul L. Maloney
NICK KHOURI, *et al.*, )
                       Defendant. )
_____)

## JUDGMENT

      The Court has resolved all pending claims.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

      **THIS ACTION IS TERMINATED.**

      **IT IS SO ORDERED.**

Date:   August 26, 2021                                 /s/  Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge